State of New York
Supreme Court, Appellate Division
Third Judicial Department

Decided and Entered:  November 10, 2016                522872
_____

In the Matter of ADRIAN LOPEZ,
                    Appellant,

        v                                    MEMORANDUM AND ORDER

TINA STANFORD, as Chair of the
    Board of Parole,
                    Respondent.
_____


Calendar Date:  September 20, 2016

Before:  Peters, P.J., McCarthy, Lynch, Devine and Aarons, JJ.

_____


        Adrian Lopez, Stormville, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Frederick
A. Brodie of counsel), for respondent.

_____


        Appeal from a judgment of the Supreme Court (Cortese, J.),
entered February 2, 2016 in Clinton County, which dismissed
petitioner's application, in a proceeding pursuant to CPLR
article 78, to review a determination of the Board of Parole
denying petitioner's request for parole release.

        Petitioner commenced this CPLR article 78 proceeding
challenging an August 2014 determination of the Board of Parole
denying his request for parole release.  Supreme Court dismissed
the petition and petitioner appeals.  The Attorney General has
advised this Court that petitioner reappeared before the Board in
August 2016 at which time he was again denied parole release.  As
such, the appeal is dismissed as moot (see Matter of Mance v
Evans, 119 AD3d 1316 [2014]; Matter of Hardwick v New York State
Dept. of Parole, 116 AD3d 1332 [2014]).

Peters, P.J., McCarthy, Lynch, Devine and Aarons, JJ., concur.


ORDERED that the appeal is dismissed, as moot, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court